WILLIAM TEZAK
3760 W. McFadden Ave., Unit B-433
Santa Ana, California 92704
Telephone: (775) 525-1030
Facsimile: (775) 255-4384

Plaintiff, In Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM TEZAK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEOFFREY T. GLASS, et. al.,<br><br>　　　　Defendants. | CASE NO.: 13-CV-01566-JFW-PJW<br><br>JUDGE: Hon. JOHN F. WALTER<br><br>**PLAINITFF'S EXPARTE APPLICATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF WILLIAM TEZAK IN SUPPORT THEREOF.**<br><br>[Local Rule 19-1]<br><br>DATE: None<br>TIME: None<br>Ctrm:<br><br>Date Action Filed: October 7, 2013<br>Trial Date: Not Set |

**TO THE ABOVE ENTITLED COURT, AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff hereby applies to the court for a forty-five (45) day extension of time to file the first amended complaint on January 20, 2014. This application for order to extend time is made on the grounds that due to the complexity of the issues before the court, the number of the parties

1

involved and personal/business time commitments of Plaintiff that has been prevented from meeting the pleading requirements of the court's minute order due to unforeseen and significant time constraints preventing Plaintiff from meeting this deadline. There is no prejudice to Defendants for an extension of time to file the first amended complaint since the majority of the Defendants have not been served the summons and complaint.

Additionally, only a few of the Defendants have been served the original complaint and therefore Plaintiff would be able to prepare a better quality first amended complaint with the additional time..

This Ex Parte Motion to Extend time is further made and based on the facts including: (1) only five Defendants have been served the original summons and complaint; (2) Plaintiff has been diligent in preparing the amendments to the original complaint, but for personal sickness and other business commitments; (3) Plaintiff is solely working on this matter before the court and has limited resources, and (4) in the interest of judicial economy, an extension would allow Plaintiff to meet the intent of Federal Rules of Procedure, Rule 8.

Good Cause exists for the relief Requested. Plaintiff would be in default of the court's order and subject to dismissal if not granted. Plaintiff has not requested such relief any time before this time and it would be in the interest of justice to grant such relief.

Plaintiff was not able to provide notice to the few served parties as in accordance with Local Rule 7-19, because they have not responded to the summons and complaint, but will receive such Notification of this exparte by U.S. mail.

This application is made will be based on this Ex Parte application to Extend time with supporting Memorandum of Points and Authorities, Declaration of William Tezak and Proposed Order granting the Application to extend time.

Dated: December 7, 2013                     Respectfully submitted,

                                            /s/ William Tezak
                                            WILLIAM TEZAK, Plaintiff, In Pro Se

## MEMORANDUM OF POINTS AND AUTHORITIES

### Background

On October 7, 2013, Plaintiff filed his original complaint.

On October 7, 2013, Plaintiff served two of the Defendants with the Complaint and Summons.

### A. Exparte Application to Extending Time

Pursuant to Federal District Central Court Local Rule, **Rule 7-19**, [Exparte Application] to extend time to file First Amended Complaint

### CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court issue an order to extend time to file First Amended Complaint on or after January 20, 2014.

Dated: December 7, 2013                    Respectfully submitted,

By: _____
William Tezak, Plaintiff, In Pro Per

## DECLARATION OF WILLIAM TEZAK

I, WILLIAM TEZAK declare, as follows:

1. I am over the age of 18 years.

2. I have personal knowledge of the fact stated in this declaration and if called as a witness, could and would testify competently to the truth of the facts as stated herein.

3. On October 7, 2013, I filed a Civil Rights complaint.

4. On or about November 11, 2013, I became aware of a General Civil Minute order based on Sua Sponte dismissal of Declarant Original Complaint with leave to amend by December 9, 2013.

5. I have been working diligently on preparation of the First amended complaint but have not been able to completely finish the first amended complaint due to the degree of compliancy and desired quality that I believe it deserves, because I had suffered minor illness in the month of November and not been able to fully devote all my time due to work on this complaint due to other obligations and personal matters requiring my attention.

6. Further, I also have a pre-paid travel for the holidays between December 12th 2013, thorough January 1, 2014 and would request Forty-five (45) day extension to complete the First Amended complaint.

7. Good cause exists due to the fact that I have not requested any previous extension of time and the interest of justice would be best served due to my Pro Se status and limited resources due to the complexity of the issues and number of parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 7, 2013           Respectfully submitted,

By: _____
WILLIAM TEZAK, Plaintiff, In Pro Per

Ex Parte Application to Extend Time to file First Amended Complaint

PROOF OF SERVICE
Tezak v. Glass, Et al.
Case No. 13-CV-001566-JFW-PJW

STATE OF CALIFORNIA          )
                             )ss.
COUNTY OF ORANGE             )

I am a citizen of the United States and a resident of the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 7851 SouthLake, #7, Huntington Beach, California 92647.

On December 9, 2013, I caused to be served the following document(s): **Exparte Application for extension of time to file First Amended Complaint; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF WILLIAM TEZAK IN SUPPORT THEREOF and [Proposed] Order.**

On the interested parties in this action by placing same in a sealed envelope addressed as follows:

Kevin M McCormick, BENTON, ORR, DUVAL & BUCKINGHAM
39 North California Street, P.O. Box 1178, Ventura, CA 93002

**(X) (MAIL)** I caused such document, in a sealed addressed envelope, with postage thereon fully prepaid, to be placed in the United States mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 9, 2013, at Huntington Breach, California.

**Denise Honc**

1
PROOF OF SERVICE