JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM TEZAK, | ) Case No. CV 13-1566-JFW (PJW) |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| GEOFFREY T. GLASS, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:   <u>November 4, 2014</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd